## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1705           Assigned/Issued By: J. N.

Judge Name: MORAN              Designated Magistrate Judge: NOLAN

### FEE INFORMATION

*Amount Due:*   [✓] $350.00     [ ] $39.00     [ ] $5.00
                [ ] IFP         [ ] No Fee     [ ] Other _____
                [ ] $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____     Receipt #: 2637232_____

Date Payment Rec'd: 3-24-08_____     Fiscal Clerk: J. N._____

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons       _____
                                             _____
                                             *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets          [ ] Other
[ ] Writ _____                _____
    *(Type of Writ)*                         _____
                                             *(Type of issuance)*

1____ Original and 0_____ copies on 3/24/08_____ as to DEFENDNAT_____
                                    (Date)