AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Joseph Peters,

    Plaintiff,

V.

Life Insurance Company of North America,

    Defendant.

CASE NUMBER:    08CV1705    EDA

                          JUDGE MORAN

ASSIGNED JUDGE:   MAGISTRATE JUDGE NOLAN

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Life Insurance Company of North America
c/o Illinois Director of Insurance
James R. Thompson Center
100 W. Randolph St., Suite 9-301
Chicago, IL 60601-3395

**RECEIVED**
STATE OF ILLINOIS

MAR 27 2008

DEPT. OF INSURANCE
CHICAGO, ILLINOIS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark D. DeBofsky
Daley, DeBofsky & Bryant
55 West Monroe Street, Suite 2440
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within    **20**    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Esperanza Arnold*

(By) DEPUTY CLERK



March 24, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3/27/08 |
| NAME OF SERVER (PRINT) Kalinda Piper | TITLE Office Clerk |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Life Insurance Company of America c/o Illinois Director of Insurance James R Thompson Center 100 W Randolph Ste 9-301 Chicago, IL 60601

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/27/08
           Date

*Signature of Server*

55 W Monroe Ste. 2440 Chicago, IL 60603
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.