**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **JOSEPH PETERS,**      )<br>                                             )<br>           **Plaintiff,**           )<br>                                             )<br>**v.**                                    )<br>                                             )<br>**LIFE INSURANCE COMPANY OF NORTH**  )<br>**AMERICA,**                     )<br>                                             )<br>           **Defendant.**        )<br>                                             ) | **Case No.: 08 C 1705**<br><br>**Judge Moran** |

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**LIFE INSURANCE COMPANY OF NORTH AMERICA**

| |
|---|
| SIGNATURE: /s/ Peter E. Pederson |
| FIRM  Hinshaw & Culbertson LLP |
| STREET ADDRESS  222 N. LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601 |

| | |
|---|---|
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6270416 | TELEPHONE NUMBER<br>312-704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>    RETAINED COUNSEL  ☐        APPOINTED COUNSEL  ☐ ||