IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH PETERS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 08 C 1705 |
| ) | |
| LIFE INSURANCE COMPANY OF NORTH ) | Judge Moran |
| AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**AGREED MOTION FOR EXTENSION OF TIME TO ANSWER**

Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA"), by its attorneys, Daniel K. Ryan and Peter E. Pederson, moves for a two-day extension of time, up to May 16, 2008, in which to answer plaintiff's complaint, stating as follows:

1. LINA's answer to the complaint is due May 14, 2008. Undersigned counsel have prepared an answer to the complaint. LINA requests a two-day extension in which to answer the complaint so that LINA's in-house counsel can review, comment on and approve the draft answer.

2. In an email exchange on May 13, 2008, plaintiff's counsel stated he did not object to this requested extension of time.

WHEREFORE, LIFE INSURANCE COMPANY OF NORTH AMERICA respectfully requests that this Honorable Court grant it a two-day extension of time, up to May 16, 2008, in which to answer or otherwise plead to plaintiff's complaint.

6318531v1 888084

| | |
|---|---|
| Daniel K. Ryan<br>Peter E. Pederson<br>HINSHAW & CULBERTSON LLP<br>222 N. LaSalle Street, Suite 300<br>Chicago, Illinois  60601<br>(312) 704-3000<br>**Fax:**  (312) 704-3001<br>dryan@hinshawlaw.com<br>ppederson@hinshawlaw.com | Respectfully submitted:<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA<br><br>By:  /s/ Peter E. Pederson<br>One of its Attorneys |

2

6318531v1 888084