IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH PETERS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | )<br>)<br>)<br>)　Case No.: 08 C 1705<br>)<br>)　Judge Moran<br>)<br>)<br>)<br>)<br>) |

**To:**　Mark D. DeBofsky, Esq.
　　　Daley, DeBofsky & Bryant
　　　55 W. Monroe St., Suite 2440
　　　Chicago, Illinois 60603

## NOTICE OF MOTION

　　PLEASE TAKE NOTICE that, on May 20, 2008, at 9:00 a.m., we will appear before the Honorable Judge Moran, or any judge sitting in his stead, in courtroom 1846 of the Dirksen Building, 219 S. Dearborn St., Chicago, IL 60604 and then and there present **Defendant's Agreed Motion for Extension of Time**.

Daniel K. Ryan
Peter E. Pederson
HINSHAW & CULBERTSON
222 N. LaSalle Street
Suite 300
Chicago, Illinois 60601
312-704-3000
Fax: 312-704-3001

LIFE INSURANCE COMPANY OF NORTH AMERICA

By:　s/ Peter E. Pederson
One of its attorneys

## CERTIFICATE OF SERVICE

　　I, the undersigned attorney, certify that on May 14, 2008, I e-filed this notice and the referenced motion using the Court's CM/ECF filing system, which will make a copy available to counsel of record identified above.

　　　　　　　　　　　　　　　　　s/ Peter E. Pederson

6308062v1 888084