## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Joseph Peters

                              Plaintiff,

v.                                            Case No.: 1:08–cv–01705
                                                       Honorable James B. Moran

Life Insurance Company of North America

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, May 20, 2008:

      MINUTE entry before the Honorable James B. Moran:Agreed motion for extension of time to answer [13] is granted to and including 5/16/2008.Mailed notice(ldg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.